**Order filed October 17, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00816-CV
_____

## ESTATE OF SCOTT GREGORY SUMMERS, DECEASED

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0073663**

## O R D E R

The notice of appeal in this case was filed September 17, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant, Kathleen Martorell Mardent, has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **October 28, 2013.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM